*E-FILED - 9/30/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. POMBRIO,<br><br>    Petitioner,<br><br> vs.<br><br>GOVERNOR A. SCHWARZENEGGER, et al.,<br><br>    Respondents. | No. C 09-2334 RMW (PR)<br><br>ORDER OF DISMISSAL |

     On May 27, 2009, petitioner filed this pro se federal habeas action. On that same day, the court sent a notification to petitioner informing him that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee or file the completed application within thirty days.

     On July 20, 2009, the court's notice was returned by mail as "undeliverable." According to the court's docket, petitioner has not filed the appropriate in forma pauperis application nor paid the filing fee. In addition, more than 60 days have passed since the court's mail was returned as undeliverable, and petitioner has not communicated with the court to update his address

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.09\Pombrio334dis311.wpd

1  Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee,
2  and also for failure to notify the court of his address change, pursuant to Local Rule 3-11(b).
3  The clerk shall terminate all pending motions and close the file.
4  IT IS SO ORDERED.
5  DATED: 9/29/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.09\Pombrio334dis311.wpd