1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

***E-FILED - 9/30/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT E. POMBRIO, | ) | No. C 09-2334 RMW (PR) |
| Petitioner, | ) ) | JUDGMENT |
| vs. | ) ) | |
| GOVERNOR A. SCHWARZENEGGER, et al., | ) ) ) | |
| Respondents. | ) ) ) | |

The court has dismissed this pro se petition for writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/29/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.09\Pombrio334jud.wpd